**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JARED HOTARD,** <br><br> **Plaintiff,** <br><br> **VERSUS** <br><br> **LION COPOLYMER GEISMAR, LLC** <br><br> **Defendant.** | **CIVIL ACTION NO. 3:17-cv-01537-JWD-EWD** <br><br> **JUDGE:** <br> **HONORABLE JOHN deGRAVELLES** <br><br> **MAGISTRATE JUDGE:** <br> **HONORABLE ERIN WILDER-DOOMES** |

## NOTICE OF SETTLEMENT

In accordance with Local Rule 16(c), Plaintiff, Jared Hotard, and Defendant, Lion Copolymer Geismar, LLC, provide this Notice of Settlement, and in support thereof state as follows:

1.  The parties have reached an agreement as to the resolution of this entire litigation.

2.  The parties anticipate execution of a Confidential Settlement Agreement and Release in the next two weeks. Distribution of the settlement sums will occur within a reasonable time thereafter.

3.  The parties anticipate submitting a joint stipulation requesting the dismissal of this matter, with prejudice in its entirety, after the distribution of the settlement sums.

WHEREFORE, Plaintiff, Jared Hotard, and Defendant, Lion Copolymer Geismar, LLC, respectfully request that the Court vacate all existing litigation dates in this matter and retain jurisdiction over the case to enforce the settlement agreement if it is not consummated within 60 days. Fed.R.Civ. 41(a)(2).

Dated this 4th day of April, 2019.

| | |
|---|---|
| *s/ Dayal S. Reddy* | *s/ Edward F. Harold* |
| Dayal S. Reddy (LSBN #31928) | EDWARD F. HAROLD |
| 2901 Ridgelake Drive; Suite 105 | Louisiana Bar No. 21672 |
| Metairie, LA 70002 | FISHER & PHILLIPS LLP |
| Ph: (504) 484-9040 | 201 St. Charles Avenue, Suite 3710 |
| Email: dayalsreddy@gmail.com | New Orleans, Louisiana 70170 |
| | Telephone: (504) 522-3303 |
| ATTORNEY FOR PLAINTIFF. | Facsimile: (504) 529-3850 |
| | Email: eharold@fisherphillips.com |
| | |
| | ATTORNEYS FOR DEFENDANT. |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JARED HOTARD,** | **CIVIL ACTION NO. 3:17-cv-01537-JWD-EWD** |
| **Plaintiff,** | |
| | **JUDGE:** |
| **VERSUS** | **HONORABLE JOHN deGRAVELLES** |
| **LION COPOLYMER GEISMAR, LLC** | **MAGISTRATE JUDGE:** |
| | **HONORABLE ERIN WILDER-DOOMES** |
| **Defendant.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2019, I electronically filed a true and correct copy of the Notice of Settlement with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Dayal S. Reddy*
Dayal S. Reddy

3

FPDOCS 35233448.1