## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JARED HOTARD** | ) | **NUMBER:** |
| Plaintiff | ) | **17-1537** |
| | ) | |
| | ) | **SECTION:** |
| **VERSUS** | ) | |
| | ) | |
| | ) | **JUDGE:** |
| | ) | Hon. **JOHN deGRAVELLES** |
| **LION COPOLYMER GEISMAR, LLC.** | ) | |
| Defendant | ) | **MAGISTRATE:** |
| | ) | **ERIN WILDER-DOOMES** |

### JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Jared Hotard, and the Defendant, Lion Copolymer Geismar, LLC, who respectfully represent:

1.

The parties provided this Court Notice of Settlement on April 4, 2019.

2.

Subsequently, the parties perfected settlement documents in May 2019.

3.

The parties now respectfully request this Court dismiss the above-captioned matter with prejudice.

**WHEREFORE**, Plaintiff and Defendant pray that this Court enter an Order dismissing this case with prejudice.

Respectfully submitted,

/s/ Dayal Reddy
Dayal S. Reddy (LSBN #31928)
2901 Ridgelake Drive; Suite 105

        Metairie, LA  70002
        Ph: (504) 484-9040
        Email: dayalsreddy@gmail.com
        *Attorney for Plaintiff*

        /s/ Edward Harold
        Edward Harold (LSBN # 21672)
        201 St. Charles Avenue; Suite 3710
        New Orleans, LA 70170
        Ph: (504) 592-3801
        Email: eharold@fisherphillips.com
        *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served on all counsel of record through the CM/ECF system this 17 day of October 2019.

        s/Dayal Reddy_____
        Dayal Reddy